State: PA
County: Blair

March, 01 2026

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Jeffrey Ray Pumphrey Jr
_Plaintiff/Petitioner_

termitage Police Dept.
v.
Yercer County Public Defenders office
_Defendant/Respondent_
cops; McEwiN and Amrhein (mercer County Pennsylvania)

Civil Action No. 2:26 cv-488

1544

No Related

[Notary seal: Commonwealth of Pennsylvania - Notary Seal / CAROL L SWEENEY - Notary Public / Blair County / My Commission Expires February 1, 2029 / Commission Number 1305315]

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

**FILED**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

MAR 25 2026
CLERK U.S. DISTRICT COURT
WEST. DIST OF PENNSYLVANIA

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: N&N -Prisoner @ this time.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are: Currently at a In-patient Rehab at Cove Forge (Self-Admit) 202 Cove Forge Rd Williamsburg, PA 16693 < Po Box 7695 New Castle, PA 16101

My gross pay or wages are:  $ _____0_____ , and my take-home pay or wages are:  $ _____0_____ per
*(specify pay period)* ___N/A___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I have No Source of Income @ this time. Lost employment while Incarcerated on False Charges Involving this Complaint.

Sworn to and subscribed by me, Carol Sweeney, notary -  Carol L Sweeney

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0 _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

0  N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

0  N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

0  N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Fines, Courts, Food. bAsic Needs

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  03/01/2026

_____
*Applicant's signature*

Jeffrey Hay Pomphrey
*Printed name*

March, 01 2026