RECEIVED

MAR 25 2026

1544

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Pittsburgh Division

No Related
M/IFP

Jeffrey Bray Humphrey Jr (Pro-Se)

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Hermitage Police Department, Pennsylvania
Mercer County Public Defenders office
Mercer County Common Pleas Court Judges
Amthein    Defendant(s)    McEwin

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. ___2:26-cv-488___
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

3 panel Judges
Request for Grand Jury, Request
for Independent Congressional
Investigation by Non-Local
officials, Homeland Security, Dept
of State "Terrorism Task Force"
Public Safety Threats

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    **The Parties to This Complaint**          Po Box 1695 or 211 W.moody Ave Apt 505

A.    **The Plaintiff(s)**                         New Castle, PA 16101

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

  Name   (2) Jeffrey Haus Pumphrey Jr Pro-Se

  Address  Addresses Po Box 1695/211 W.moodyAve Apt 505

       New Castle  PA  16101

           *City*  *State* *Zip Code*

  County   Lawrence County Pennsylvania

  Telephone Number (724)877-3452-(724)877-1630

  E-Mail Address  Spurgeonlyww1216-22@Gmail.Com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title (if known) and check whether you are bringing this complaint against
them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

  Name    Hermitage Police Dept.

  Job or Title *(if known)* Police Dept. City Counsel

  Address   Hermitage Rd Route 18

       Hermitage  PA  16116

         *City*  *State* *Zip Code*

  County   Mercer County Pennsylvania

  Telephone Number

  E-Mail Address *(if known)*

  ☐ Individual capacity ☒ Official capacity Police-Public Corruption

           Corrupt Organization

Defendant No. 2

  Name    Autumn L. Johnson - Mercer County

  Job or Title *(if known)* Public Defenders office

  Address   120 S.Diamond Street, Courthouse Annex

       Mercer   PA  16137

         *City*  *State* *Zip Code*

  County   Mercer County Pennsylvania

  Telephone Number (724)662-3800-4-6?

  E-Mail Address *(if known)*

  ☐ Individual capacity ☒ Official capacity Public Corruption

           Corrupt Organization.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3 Mercer County Commonpleas Court Judges
Name Judge Ronald D. Amrhein JR
Job or Title *(if known)* Judge Neil D. McEwin
Address 125 S. Diamond Street, Mercer County Courthouse
Mercer PA 16137
City State Zip Code
County Mercer County, Pennsylvania
Telephone Number 724 662-3800
E-Mail Address *(if known)* – N|A –

☒ Individual capacity ☒ Official capacity 1983 claim
Corrupt Organization

Defendant No. 4
Name Mercer County Behavior Health
Job or Title *(if known)* Lisa Marshal, India Henburg, other
Address Mercer County Behavior Health Commission
Mercer PA 16137
City State Zip Code
County Mercer County, Pennsylvania
Telephone Number
E-Mail Address *(if known)* N|A

☐ Individual capacity ☒ Official capacity

II. Basis for Jurisdiction Police/Public Corruption-Human/Child Sex Trafficking -
Threat to Public Safety - Terrorist Involvement.
Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:
☒ Federal officials (a *Bivens* claim) Possible later filing for Obstruction of Justice.
☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Police - Public Corruption, Human/Child Sex Trafficking, Corrupt Organization, Obstruction of Justice, Retaliation, Intimidation, Witness Tampering, Terrorism, (Please See Separate page attached
-3A-

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Possible Impersonation of Federal officer in Pittsburgh Locations, Washington, DC, Arlington, VA or possible Obstruction of Justice

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Seperate attached paper, Labeled - 4A -

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Hermitage Police Initiated, Entrapment of Malicious/Fraudulent Criminal Charges Using Abusive Policing, Authority, Other parties participated in a Conspiracy to Intentional Deprive myself of Constitional Rights, Freedoms, Liberties, Court Staff Refusal Using Judicial Authority to Sabitage, Credibility as Victim/Witness to Federal Crimes.

**III.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Seperate Attached paper. Labeled - 4A(I)(II)(III)(16 additional pages

A.    Where did the events giving rise to your claim(s) occur?

Hermitage Pennsylvania - Mercer County Pennsylvania Multiple States Pennsylvania / Ohio / Other

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Has been Ongoing Since 2021 from Ohio, Submitting Federal Complaints, Akron, Cleveland, District of Columbia Washington, DC First Arrest December of 2024 and false Arrest/Malicious Prosecution May 2025

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

18. USC § 241-242 < Intentional Deprivation / Conspiracy to Deprive one of ones Constitional Rights Under Color of Law - 18 USC § 1512-1513 Retaliation, Intimidation Threatening, - Witness Tampering, Harrassment, Destruction of Justice, Terrorism Related Crimes and Violations of Civil - Criminal Federal Rights, Statutes, Cases. Constitutional Freedoms.

Page 4.

III.    Statement of Claim:

## Complaint

Attention; This Complaint In its enirtey, Displays Not Just Violations of Civil / Criminal Laws, Statutes, Constitutional Rights etc., But Displays a Very Real, Public Saftey Threat to Americans, Our Communities, And families.

Outside the personal violations I am asserting within my Complaint, The Foundation of my Complaint at its Core, Involves Multiple State / Federal Criminal / Civil Rights Violations, Statutes. Codes, and Involves a ongoing Intentional Deprivation / Conspiracy to Deprive one of Equal Protections of Fundemental Rights, Freedoms and liberties. Terrorism Transnational Criminal Enterprises, Involving Police / Public Corruption, Human / Child Sex Trafficking, Fraud, other Feder Violations.

My personal Complaint Issues, fall Under Federal Claims as well, Due to facts that I have initiated / Filed / Submitted Tips, to Federal agenies, FBI (on-line, and in Person), Homeland Security (Online-and in person), US Marshalls (on-line, and In person) of both Federal / International profiled Wanted Fugitives, I've Submitted, Online, Interpol and Online Europols Most Wanted fugitives Involved With, Organized Crime Organizations, Involved With Human / Child / Sex Trafficking, other

III

Terrorist Organizations, Including but Not Limited to, Al Qaeda, ISIS, Taliban, etc.

The Information I am presenting to the Courts, under Oath, And penalties of perjury, are Not Speculation, but brought forth, With, First-HAND personal Knowledge And Eye-Witness Testimony / Reporting With Myself and elderly Mother, Loretta L. Theck both Victims of Retaliation / Intimidation for Reporting Individuals Involved with Child Sex Trafficking (as Public Arrest Records) After learning of Said Federal Crimes through Public Arrest Records for 1) Child Sex Trafficking 2) child Rape - child molestation 3). Child Kidnapping Searching "Images" From On-line Public Records And Recognizing Many People both Personal And in Passing, many I have known for Many years, Just Not their Involvement in Human Trafficking, after Researching the Public records / Educating Myself on Issue of Human Trafficking, Statistics other Information relevant to what was taking Place, I began to Report or attempt to Report these Crimes Taking Place around me, Pennsylvania / Ohio.

I Claim Terrorism Activity because its a fact, after Reviewing FBI Wanted Terrorist Profiles / Domestic Terrorist Profiles, And I

III. Searched other Federal Justice Department Websites, Profiled Terrorist etc. Printing out Photos of ones I've not only seen in Person (Noting: Specific Locations, Businesses, aliases being Used, places they was on Camera in Public) but many of these Terrorist have been Living and operating within Local Area for 15-20 years slowly growing. I can give a pretty good time line of Information. But I immediately Understood that I was Discovering a Terrorist Cell, as I've known many of these Individuals, even befriended, Conversated, visited places of business, slept in their Hotels for Significant Amounts of time, that personal Recognition was possible not a mere, glance or possible Identification.

About a year ago, I came across a Online Article from The Guardian of "Pakistani Sex Grooming Gangs from the U.K. & Interpol Investigations - Arrest, several years ago, I read the Articles (Multiple Sources) and I Searched "Images of those Arrested, I again Immediately Recognized several of these Sex Grooming Gang/Terrorist members as being Local Hotels/Stores Residents both Ohio and Pennsylvania, After I Traveled with My Mother to Washington, DC (which they also Followed and diverted our attempt to expose

III. which after Several attempts, I Caught on to patterns in which they would obstruct Justice by having their (members of Corrupted Police, or impersonating Federal officers etc) to obstruct Justice or Reports from being made to Appropriate Sources.

Hermitage Police Department initiated malicious, false Charges, and Entrapment to Retaliate against, Intimidate and Threaten, abuse of Policing/Judicial Powers and Authority, to also Tamper/Discredit my Mental Health, My Reports of Federal Crimes or Public/Police Corruption, Terrorism, International Criminal Enterprises, etc.

They initiated Unlawful, false Criminal Charges, They participated in a Conspiracy to Use Legal - And Medical Malpractice, Bad Faith Mental Health Diagnosis, Abusing Court proceedings and Intentionally depriving myself of Constitutional Rights, Medical/Rights etc.

I Screenshotted Several Hermitage, Farrell, other Local Police officers from their official Facebook Photo's online platform then I Started to reference them to profiled "Albanian Sex Grooming Gang from UK Photos FBI, Profiled Sex Abusers from Public Records Photo's and very Strongly after Careful Review and Comparing Believe Ive established my claims by matching Several, Being Able to Match a Large Number

III of Local Laws Enforcement Pennsylvania, and Within a Specific Criminal Area of Sex Crimes Against Children demonstrates Organized Crime, Not Imagination or Delusion, not a mere Coincidence. I Can At Any time Demonstrate Intelligence, Understanding, Realistic thinking, Problem Solving and Moral Obligation not to lie or make things up, And have a Very Good Memory And photographic ability to Remember faces. Anytime - Anywhere.

Before I Continue Naming Parties Involved And Actions Constituting Claimed violations of Both Civil and Criminal Statutes, I want to on Record Again, make it Understood That when appropriate I Can display all My Informations reports, with logical, Intelligent, Researched, Educated dialog From beginning to End, And Make 5 years Plus, Past Information over 20 years Make Sense on why I'm Asserting these Very Serious Allegations, I'm not doing this to benefit personally, The last several years have been difficult as I've been a Target for these Individuals, And my family, Putting my very life in Harms way. There I face in Harms Way, Because I know I am Right And these predators And Terrorist need to be Stopped.

Statement of Claim

III

I assert that one (two) 2, Separate occasions Hermitage Police officers conspired and participated In the unlawful act of Entrapment On December 06th, 2024, By having one of the girls "Rose" who was Staying at the Econo Lodge Hotel in Hermitage A Hotel Used for trafficking children / Sex Trafficking, As Several Employee's And Hotel Residents during this time period, Including Manager / owner, I Recognized from the PAKISTANI Sex Grooming Gang Public Arrest photo's, And Child Sex Trafficking Arrest records from the State of Tennessee, near the Nashville Area, according to the Arrest Records.

The Night of, December 06th 2024, The wheather was particularly Bad that night, Snowing and Cold. "Rose" Called me around 10:00pm maybe a little later And, "Began to beg and plead" for me to please Come get her, that the people where she was at was throwing her out And it was Cold / Snowing She was very Dramatical and pleading for me to Come get her.

Important to note, is prior to this I had not left the Hotel at all that day, I had zero Reason to leave or drive up to this point And If not for the "Emergency" initiated by this Individual, who both Police officers when I was later explaining where And why I was driving, Both knew exactly which girl I was talking About when I Said, "Rose" but failed

Case 1:26-cv-00488-NBF   Document 1-1   Filed 03/25/26   Page 11 of 22

III to recall her last name. Importantly I "would not" have been out, driving or for Any reason, had this Set-up / Entrapment, Involving the Hermitage Police Department Under a Emergency Scenerio.

After "Rose" asked that I please Give her a Ride back to Hotel, which I was staying at Red Roof Inn down the Road, I agreed to help her out, She called back to back several times, Inquiring as to when Exactly I was leaving, She was very persistant wanting to know Exactly when I would be leaving the Hotel.

After pulling out of Hotel parking lot I was Traveling on Route 18 Towards Sheets going Under the Speed limit due to Wheather, I was approx. 150 yards From Sheets when I Seen the Hermitage Police Vehicle, Suv pull out ahead of me, then Stopped in place on the Roaxway waiting for me to catch up And pass So they could get behind me. This was Anticipated behavior, very Specific Intention, Indicating a Premeditated Motive They knew I was leaving my hotel, knew I had Only One logical Way which to travel, And they waited for me to approach, even though my Speed was almost at a Creeping Speed maybe 25 miles An hour for 150 yards, waiting in the Night lane on the Roaxway, when No Probable Cause Existed for Police to Expect me of Criminal behavior or having Recognized me, Prior to this Incident I

Page 4.    Statement of Claim                    8 of 16

III. Had not had Any Police Contact in Hermitage, They Never pulled our Vehicle, Everything was Registered and legal. Without Prior Knowledge, there was no Possible way they Could have known if I was driving. This was Unlawful Police Entrapment to Retaliate / Intimidate / Threaten with malicious Criminal Charges / Prosecution for Past And present. (During the Couple Weeks, while Staying at Red Roof, I Submitted" Arrest photo's with dates and times, of Sexual Predators Arrest Photo's, Placing them in the Hotel.) I Submitted to PStips (Pennsylvania State Police tip-Line) which Is a Department that I Reported Terrorist As, Impersonating State Police locally. So They would have had access to this Information, Giving them Notice to "Entrapment-Setting up to Expose Police / Judicial Authority to further protect Their Criminal Enterprise of Human / Child Sex Trafficking, Police / Public Corruption, And Massive Fraud. (Banks / Medical / Human Services / Housing / Public Transportation / other Areas as well.) I CAN place Multiple States / Justice Department Profiled fugitives / Known Human Traffickers from Multiple Different States, Many Police / Law Enforcement officers from other States having been Arrested for Sex Crimes Against Children/ other Very Serious offenses, Both involving US Federal Authorities As well as International Wanted profiled fugitives. Several for participation in Organized Crimes. Many of the local law

Page 4.

Statement of Claim

9 & 16

III. Enforcement personell are WANTED fugitives /
Sexual Predators / Kidnappers / Terrorist!

I took a plea at Magistrate Odens office
on December 19th 2024, which I withdrew
within the 30 days my Plea After I located
My Arresting officer, In a Child Pornography
Arrest Record placed photo's Side by Side
Carefully Compared facial features and was
Convinced that there was a very High possibilty
That I located, Another Corrupt police officer
I also located Poses, In a Public Arrest
Record photograph for The Death of a child
Both which I have had printed and when
appropriate I will Submit Onto Court Record.

Knowing that I was making No brake through
With Reporting the Criminal Activity Locally, My
Mother, and Myself traveled back down to
Washington, DC to Federal Headquarters to Seek
help, File Reports, We filed a Federal Civil Complaint
In the US District Court of District of Columbia
Requesting Criminal Investigation, Submitting 78
photos of Public Arrest Records of Child Sex Trafficking
and police officers in Pennsylvania / Ohio placed
Side by Side with Profiled Wanted photo's from
Multiple Justice Department Websites of Interpol,
Europol, FBI, US. Marshalls, and Rewards for
Justice Department of State, Photo's of profiled

III Terrorist Comparing them to Social Media Police Platforms/Sheriffs Department official Websites etc. Side by Side leaves a Convincing Visual Effect that most people would agree (a jury of my Peers) would agree that the photo's of Profiles fugitives Compares to police officers, Strongly match, that along with the large Amount of Similar photo's of other people, and Sex Crimes/Terrorist profiles leaves a very Convincing Logical Conclusion Any person could Make, Along With Testimony of victim/witness to Human Trafficking Probable Cause is Definately established the only Logical explanation As to why No Legal Action has been taken is Supporting the Claims of Police/Public Corruption. Having Already been Prosecuted in the U.K by Interpol, They've had opportunity to learn from Mistakes, and to Insulate Themselves from Exposure Again.

After Filing Court Complaint In April/May of 2025, Myself And Mother Returned back to local Area.

Within 24 hours, I was Set-up and falsly Charged With a DUI Charge and Driving Under DUI Suspension, Because it Carrys Mandatory Jail Sentences, And I have a History of Driving Under Suspension, None of which have been Under DUI Suspension, And the DUI in Question was Over 10 years old, And the Sentence And the

Page 4. Statement of Complaint

III. Suspention have already been Served, outside
Any time limitations for further Penalties to
Apply without Multiple DUI offenses which is
Why the enhanced penalties exist for those
which receive and Continue to drive After DUI
Convictions, not for Someone who Never had
opportunity to reinstate license because he had
other Non-DUI related Suspentions to be Served.
Only Recent efforts were being Aimed to
Charge/Convict of Driving Under DUI Suspention
And only because of Jail-time Involved If convicted,
They Set me up After drugging me with Something
places the Vehicle I was Sleeping in, inside the
Parking lot on the Side of Hotel, where I consciously
Fell Asleep, waiting till I got paid the next
day so I could get a Room again at the
Red Roof Inn/ Hermitage, when Police officer, same
officer as first incident woke me up I had
been moved to be partly on Road, partly in
Parking lot the Car was Consciously in drive and
Consciously running according to Police statement
but Car was at a Stand Still, I was Set up
for it to look like a DUI to tarnish my
Ability to dispute the DUI Suspentions, Add to what
I had history of, that was only way they could
implicate me into any legal trouble And attack my
Credibility as a Informant/ witness, most likely
(again) in the Intimidation Factor to Scare me
off from Continueing my Reports, But its only

III. Only making me more determined to be Successful to Expose the Corruption/Terrorism taking Place Under the Color of Law. The Most Dangerous type of Corruption, not only do they have Protection from, "Self Defense" + Police Authority/Powers, but they Are Now Legally Protected and Permitted to Carry Fire Arms Use Physical Force to Assert their Will upon Everyone else. This Activity, Criminal Enterprise Can-not be allowed to go Un-checked, As it Clearly is a Danger And Threat of Danger to the General Public, And because it involves Wanted Terrorist Groups, A Threat to National Security. the Ability to Access Private Materials/Trade Secrets etc. Clearly They have Reason to Sabitage, Discredit My Information/Ability to be a reliable Witness, or Informant/victim etc.

I was Arrested taken to Mercer County Jail, My Bail was Raised to a large Amount, that was not Needed as I Posed no threat to the Community or Self, It was to Retaliate Against my Reporting, They Conspired to Knowingly And intentionally deprive me of Several Fundamental Constitutional Rights, Freedoms and Liberties.

They Started to Attack my Credibility as a Witness/Person Reporting Crimes Relating to Human/Child Sex Trafficking/Police-Public

III Corruption by Falsly and in Bad faith, attack My Mental Health, By insinuating that I was legally Incompeatent to Stand Trial, Despite no History or actual Symtoms of any mental Health defects, or mental illness, I have no History of legal incompeatence, Only As An effort to Silence my legal claims being Submitted / Spoken on Court Records And In front of open Court, which means Witnesses. And to start Some type of Foundation to attack my Mental Capacity to Report what I was partly Witness too.

During the Court proceedings, I spoke on my behalf, I on Court Record before Judge McEwan, Dismissed Attorney Gilcrest ( Public Defender ) from Representing me, As representing my Legal Interest before the Court without my Knowledge or permission, participated in a Conspiracy to Sabitage / attack My Credibility As a Witness / Victim to Crimes being Committed involving local Police and other Human Services throughout the Area, Including Behavior Health, after leaving a Jntake Evaluation I Searched Through Public Arrest / Records / An effort to be aware of my Surroundings And Creating integreity of those who could have Any Legally Medical Influence about me and what I Am trying to bring to the Communities, And proper Non Corrupt Law Enforcement attention. So I Searched directly after "Personal Contact"

III. getting a careful Look at the man doing
My Bris And aboral Evaluation, which after
Recieving report w/o medical Reasoning made
a noted comment That he Recommended
Medication Management in Bad faith. I Located
this IndividuAl In a New Jersey child Pornograph
Arrest Record, by himself it could be situation of
someone looking like that person Senario, except
Hes Not only Person in those Arrest photos/
Records That Are In Similar Positions Locally
Within Same Group of Arrest Records. I can
Place several Locally working at Hospitals,
Jails between Pennsylvania - Ohio, Court Staff,
Police in Mercer/Lawrence/Trumball County
Ohio Areas, other States Public Arrest Records
of Individuals having already been Arrested
for Sex Trafficking of crimes Related to children
That a Large Amount of People from other
States Can be placed Within Local Areas.
States New Jersey, Ohio, Tennessee, Arizona, Texas,
Florida, Lousiana, California, Iowa (Child Sex Abuse)
(child Porn) (child Rape, molestation, Kidnapping)

Ingrid Renberg Conducted my Competency Evaluation,
Finding me to be legally Incompetent to stand
trial, unlawfully and In bad faith with the
Intention as part of a on-going Conspiracy to
Deprive myself from Constitutional Rights and
legal Due Process, and Equal Protection of law.

III. Violating Medical Rights, The Right to Dispute, to Have a Hearing on matter to Question on Court Record Relevant Questions Such as What Scientific Evidence Supported the Bad Faith Diagnosis, To Ask Basic legal Questions Relevant to determine Competency as a legal Standard, Instead the Medical-Legal Competency Evaluation Report was Used to attempt to attack the Credibility of the Crimes, I was Reporting And Claiming Police-Public Corruption, other Relevant Reports, this was a abuse of Judicial Powers, And Authority, Resulting in False Imprisonment For 6 months, being Subjected to Ineffective-Non-existing Legal Representation, And despite my on-Record Complaint And Verbal dismissal of Public Defender, filing Complaint within "Habeas Corpus" 2:25-CV-01009-CBB and Formal Complaint with Disciplinary Board will absolute Valid Merit to Professional Rules of Conduct And Responsibilities Violations, The Public Defenders office participated in Depriving me of Fundamental Constitutional Rights, Freedoms And liberties, Did not Consult with me or represent my interest in Any Way, they Clearly Aided in The efforts to attack my Criminal Reports and Credibility, without my Consent or Knowledge and against my clear instructions to Contest a Finding of Incompetence, they attack Damaging to my Defense and ability to Pursue Justice Sabotages my defense And personal Credibility.

III.

state: PA

County:

Blair

I am going to Include Copies of, Habeas Corpus filings, other Complaint information files, at a later time, After I am better able to Organize and Submitt all appropriate, Related Material Including photo's of Public Records, Relevant News Articles Outlining Previous Convictions and Interpol, investigations for exactly Same Crimes, Corruption already established, My Claims Are a Reflection of Criminal Corruption among Police, other areas relevant to Cover-up, operate Under Color of law, Human/Child Sex Trafficking and Terrorist Groups from Countries in which Our Nation is in Active War With, This is Again a Threat to Our Nations Security of Protecting Our Citizens, families from Para-military Groups engaged in Warefare with the United States.

This Complaint / Information by law Needs to be Submitted for Department of Defense Military Review as Domestic Terrorism.

Jeffrey Ray Pumphrey Jr

Pro-Se

Commonwealth of Pennsylvania - Notary Seal
CAROL L SWEENEY - Notary Public
Blair County
My Commission Expires February 1, 2029
Commission Number 1305315

Sworn to and subscribed by me Carol L Sweeney, notary, on 3/2/26.    Carol L Sweeney
commission ends 2/1/29.

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Personal Injuries, Legal / Medical Malpractice, False / malicious Criminal Charges / Prosecutions, Unlawful Legal / medical proceedings, False Imprisonment, Phycological Stress / Conditions, Mental abuse, Loss of employment, Harrassment, Loss of Home, property, other personal Injuries to not Just myself but my elderly, Mother, Loretta L. Keck also Victim / Witness to Police-Public Corruption

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1). To provide Testomony - Evidence to Grand Jury for Consideration of Criminal Investigation / Prosecution. To assemble a Independant Outside of local Area Panel to Investigate, acknowledge legal Probable Cause to pursue R.I.C.O Statute & Organized Crime, Terrorist Statute, Independant Congression Investigation Requies

2). Charges filed by Hermitage Police to be Dismissed with prejudice, Restraining Order against all police, If Contact Needed for Some Reason, State Police Immediatly.

3). Financial Compansation appropriate

4) Other Relief to be addressed when appropriatly Handled Regaroing Public Saftey Threat, National Security Threat, Appropriate Federal Authorities Possible military inteligence Needed!

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _March, 03 2026_

Signature of Plaintiff _Pro-Se_

Printed Name of Plaintiff _Jeffrey Ray Humphrey Jr_ _Pro-Se_

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number

Name of Law Firm _PO Box 1695 New Castle, PA 16101_

Address _211 W. Moody Ave Apt 505_

_New Castle_ _PA_ _16101_
City | State | Zip Code

Telephone Number _(724) 877-3452 - (724) 877-1630_

E-mail Address _Sgtgeaolyxw12l6.22@Gmail.com_